149 F.3d 1165
 Steven Allen Shawley
v.
Mr. Beard, Mr. Liphart, C.O. Himes, C.O. Correctional
Officer Keck, Mr. Auxer, Joseph Lehman, Commissioner Dept.
of Corrections, Robert Billious, Counselor, Howard
Imschwieler, Mailroom Supervisor, K. Kerstetter, Captain, K.
Killian, COI, Correctional Officers at State Correctional
Institute at Camp Hill, PA
 NO. 97-7607
 United States Court of Appeals,
Third Circuit.
 March 17, 1998
 Appeal From: M.D.Pa. ,No.94cv00853
 
 1
 Appeal Dismissed.